# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| DeSHAWN ST. CLAIR, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 4:19-CV-393 RWS |
| EXPERIAN, | ) ) ) | |
| Defendant, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis on appeal. When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith. The motion is denied. *See* 28 U.S.C. § 1915(a)(3).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal [Doc. #9] is **DENIED**.

Dated this 6th day of June, 2019.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE